# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MATTHEW TREPAGNIER

VERSUS

BRENTON CRUMP AND CRUMP
FUEL, LLC

NO.   2022 CW 0714

**SEPTEMBER 26, 2022**

---

In Re:   Matthew Trepagnier, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20220000329.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.**  The trial court's June 3, 2022 judgment dismissing Matthew Trepagnier's claim against Crump Fuel, LLC with prejudice is a final appealable judgment. Therefore, this writ is granted for the limited purpose of remanding the case to the trial court with instructions to grant Matthew Trepagnier an appeal pursuant to his notice of intent to seek writs, filed on April 25, 2022. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam). Additionally, a copy of this court's order is to be included in the appellate record.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT